# Court of Appeals
# of the State of Georgia

ATLANTA,  April 18, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1143.  KEVIN HEARD v. MARTY ALLEN, WARDEN.**

Kevin Heard appeals the trial court's order dismissing his application for a writ of habeas corpus.  The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/18/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


*, Clerk.*